UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| | ) **'08 MJ 0642** |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Francisco NAVARRO-Sandoval,** | ) Deported Alien Found in the |
| | ) United States |
| | ) |
| Defendant | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **February 29, 2008,** within the Southern District of California, defendant, **Francisco NAVARRO-Sandoval,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **MARCH 2008.**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Francisco NAVARRO-Sandoval

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On February 29, 2008, at approximately 10:00 a.m., Border Patrol Agent R. Chin Yen, assigned to line watch duties in the Chula Vista Area of responsibility, notified Chula Vista Border Patrol Agents, via DHS service radio, of at least four suspected undocumented illegal aliens lying in some heavy brush in an area commonly know as "No Shoot". This area is approximately three miles east of the Otay Mesa, California Port of Entry and two miles north of the United States/Mexico International Boundary fence. Border Patrol Agent R. Jones acknowledged the transmission and responded to that area. Agent Chin Yen directed Agent Jones to the exact location of the individuals.

Agent Jones encountered four individuals lying in some heavy brush and encountered an additional six lying adjacent to the first four. Agent Jones approached these individuals, identified himself as a United States Border Patrol Agent, and questioned each individual as to their citizenship and nationality. All subjects including one later identified as the defendant Francisco NAVARRO-Sandoval responded, "Mexico". Agent Jones then asked them if any possessed immigration documents allowing them to be or remain in the United States legally, all responded, "No". At approximately 10:25 a.m., all ten were arrested and transported to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on February 20, 2008, through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on March 1, 2008 at 10:00 a.m.

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 29, 2008, in violation of Title 8, United States Code, Section 1326.

Cathy A. Bencivengo
United States Magistrate Judge

3/1/08 @ 11:05 am
Date/Time