FILED

08 MAR 26 PM 3:12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 0886 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | |
| v. ) | Title 8, U.S.C., Secs. 1326(a) |
| ) | and (b) - Deported Alien Found |
| FRANCISCO NAVARRO-SANDOVAL, ) | in the United States |
| ) | |
| Defendant. ) | |

The grand jury charges:

On or about February 29, 2008, within the Southern District of California, defendant FRANCISCO NAVARRO-SANDOVAL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

WDK:nlv:San Diego
3/24/08

1     It is further alleged that defendant FRANCISCO NAVARRO-SANDOVAL
2 was removed from the United States subsequent to April 16, 2007.
3     DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney