```
 1  TIMOTHY A. SCOTT
    California Bar No. 215074
 2  LAW OFFICES OF TIMOTHY A. SCOTT
    1350 Columbia Street, Suite 600
 3  San Diego, CA 92101
    Telephone: (61) 794-0451
 4  Facsimile: (619) 652-9964
    email: timscottlaw@cox.net
 5
    Attorneys for FRANCISCO NAVARRO-SANDOVAL
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                   SOUTHERN DISTRICT OF CALIFORNIA
 9
                     (HONORABLE WILLIAM Q. HAYES)
10
```

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0886-WQH |
|---|---|---|
| Plaintiff, | ) | Date:  May 5, 2008 |
|  | ) | Time:  2:00 p.m. |
| v. | ) |  |
| Francisco Navarro-Sandoval | ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| Defendant. | ) |  |
|  | ) | 1) Dismiss indictment for failure to allege all elements; |
|  | ) | 2) Dismiss indictment for violation of right to presentment; |
|  | ) | 3) Dismiss indictment for misinstruction of the grand jury; |
|  | ) | 4) Strike surplusage from the indictment; |
|  | ) | 5) Grant discovery. |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
     WILLIAM A. HALL, JR., ASSISTANT UNITED STATES ATTORNEY.

**PLEASE TAKE NOTICE** that on May 5, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, Francisco Navarro-Sandoval, by and through counsel Timothy A. Scott, will ask this Court to enter an order granting the above-captioned motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

1  Dated: April 24, 2008                    Respectfully submitted,

2                                            *s/ Timothy A. Scott*

3                                            **TIMOTHY A. SCOTT**
                                             Attorneys for Mr. Navarro-Sandoval