**TIMOTHY A. SCOTT**
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone:  (619) 794-0451
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Francisco Navarro-Sandoval

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0886-WQH |
| Plaintiff, ) | Date:   May 5, 2008 |
| ) | Time:   2:00 p.m. |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| Francisco Navarro-Sandoval ) | |
| Defendant. ) | |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       WILLIAM A. HALL, JR., ASSISTANT UNITED STATES ATTORNEY

Mr. Navarro-Sandoval, by and through counsel, hereby moves this Court to shorten time for the filing of this motion by three days.  Counsel for Mr. Navarro-Sandoval was occupied earlier this week preparing and filing motions in a federal murder case set for trial in Riverside, California, and preparing for that trial as well.

Dated: April 24, 2008                                  Respectfully submitted,

                                                       *s/ Timothy A. Scott*

                                                       **TIMOTHY A. SCOTT**
                                                       Attorneys for Mr. Navarro-Sandoval