| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0886-WQH |
| | ) | |
| Plaintiff, | ) | DATE: May 5, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | Before Honorable William Q. Hayes |
| | ) | |
| FRANCISCO NAVARRO-SANDOVAL, | ) | UNITED STATES' RESPONSE TO DEFENDANT'S MOTIONS TO: |
| Defendant(s). | ) | (1) DISMISS DUE TO FAILURE TO ALLEGE ALL ELEMENTS; |
| | ) | (2) DISMISS DUE TO FAILURE TO PRESENT; |
| | ) | (3) DISMISS DUE TO GRAND JURY INSTRUCTIONS; |
| | ) | (4) STRIKE SURPLUSAGE; AND |
| | ) | (5) COMPEL DISCOVERY AND PRESERVE EVIDENCE |
| | ) | |
| | ) | TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and hereby files its Motion for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached statement of facts and memorandum of points and authorities.

//

//

//

DATED: April 28, 2008.

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              s/ William A. Hall, Jr.
                              WILLIAM A. HALL, JR.
                              Assistant United States Attorney