| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0886-WQH |
|---|---|---|
| Plaintiff, | ) | DATE: August 25, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | Before Honorable William Q. Hayes |
| FRANCISCO NAVARRO-SANDOVAL, | ) | MOTION TO DISMISS INDICTMENT |
| | ) | WITHOUT PREJUDICE |
| Defendant(s). | ) | |

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, William A. Hall, Jr., and hereby moves to dismiss, without prejudice, the above-captioned Indictment against the above-named defendant in the interest of justice.

DATED: August 14, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney