UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>FRANCISCO NAVARRO-SANDOVAL ,<br><br>                Defendant. | CASE NO. 08cr0886-WQH<br><br>JUDGMENT OF DISMISSAL |
|---|---|

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: <u>8:1326(a)and(b) DEPORTED ALIEN FOUND IN THE UNITED STATES</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 18, 2008

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

ENTERED ON   8/18/08