UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO NAVARRO-SANDOVAL,

        Defendant.

CASE NO. 08cr0886-WQH

JUDGMENT OF DISMISSAL

FILED AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: <u>8:1326(a) and (b) DEPORTED ALIEN FOUND IN THE UNITED STATES</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 18, 2008

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of Dismissal
Judgement and Commitment on 8/20/08

ENTERED ON 8/18/08

United States Marshal

By: _____
USMS Criminal Section